Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE COLEMAN AND MICHELLE DEMONT, <br><br> Plaintiff, <br><br> vs. <br><br> FINANCIAL RECOVERY SYSTEMS, INC., <br><br> Defendant. | Case No. 2:10-cv-06559-JC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 8th day of October, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 8th day of October, 2010 with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 8th day of October, 2010, via the ECF system to:

Honorable Jacqueline Chooljian
Judge of the United States District Court
Central District of California

Copy sent via mail on this 8th day of October, 2010, to:

Financial Recovery Services, Inc.
Attn: Legal Dept.
4900 Viking Drive
Edina, MN 55435


By: s/Todd M. Friedman
    Todd M. Friedman